IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| JOSEPH SEYMOUR JONES, )<br><br>Appellant Pro Se )<br>)<br>v. )<br>)<br>SANDY STEMPSON, CITY OF MOBILE )<br>CITY COUNCIL, ET. AL. )<br>)<br>Appellees. ) | CIVIL ACTION NO.: CV-2020-902546.00<br><br>FILED: APR - 8 2021<br>JOJO SCHWARZAUER, CLERK |

| | |
|---|---|
| JOSEPH S. JONES *<br>*<br>Plaintiff *<br>*<br>v. *<br>*<br>BOARD OF SCHOOL COMMISSIONERS OF *<br>MOBILE COUNTY, ALABAMA, ET. AL. *<br>*<br>Defendants. * | CIVIL ACTION NO.: CV-1998-001136.00 |

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH S. JONES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF SCHOOL COMMISSIONERS OF )<br>MOBILE COUNTY, ALABAMA ET. AL. )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 1:14-0482-JB-M |

**POST FINAL ORDER MOTION FOR SERVICE OF SUBPOENAS DATED APRIL 7, 2021 AND APPELLANT'S APRIL 2, 2021 NOTICE TO TAMEND THE NOTICE OF APPEAL TO COMPLY WITH RULE 3(c) OF THE ALABAMA RULES OF APPELLATE PROCEDURE BEFORE APRIL 16, 2021 (CITY CASE NO.: E019001443–STATE CASE NO.: 1260174–CIVIL APPEALS CASE NO.: 2200479)**

| | | |
|---|---|---|
| **JOSEPH SEYMOUR JONES,** | ) | IN THE CIRCUIT COURT OF |
| | ) | |
| Appellant Pro Se, | ) | MOBILE COUNTY, ALABAMA |
| | ) | |
| v. | ) | CASE NO.:   CV-2020-902546.00 |
| | ) | |
| **STIMPSON SANDY,** | ) | |
| **CITY OF MOBILE – CITY COUNCIL, ET. AL** | ) | |
| | ) | |
| Appellees. | ) | |

### POST FINAL ORDER MOTION FOR SERVICE OF SUBPOENAS DATED APRIL 7, 2021 AND APPELLANT'S APRIL 2, 2021 NOTICE TO AMEND THE NOTICE OF APPEAL TO COMPLY WITH RULE 3(c) OF THE ALABAMA RULES OF APPELLATE PROCEDURE BEFORE APRIL 16, 2021 (CITY CASE NO.: E019001443 – STATE CASE NO.: 1260174) (THE COURT OF CIVIL APPEALS CASE NO.: 2200479)

COMES NOW, Appellant Pro Se, Joseph Seymour Jones in the above styled matter and would filed this Post Final Order Motion for Service of Subpoenas Dated April 7, 2021 and Appellant's April 2, 2021 Notice to Amend the Notice of Appeal to Comply With Rule (c) of the Alabama Rules of Appellate Procedure. The following is stated in support of the Post Final Order Motion:

1. On March 29, 2021, the Court signed an Order SETTING HEARING ON APRIL 23, 2021 at 10:00 a.m. in Courtroom 8600 Pursuant to Ala. R. Evid. 201(e) and those individuals requested to appear may offer ethical testimony absent of undue or collaborating influences. (Exhibit 1).

2. On April 2, 2021, The Court of Civil Appeals of Alabama issued a Notice to Comply With Rule 3(c) , Ala. R. App. P. on or before April 16, 2021 by filing an Amended Notice of Appeal In the Circuit Court of Mobile County, Alabama. (Exhibit 2).

3. A copy of the $60.00 Fidelity Express Money Order Number 4134751524 is attached

with the individuals requested to appear on April 23, 2021 if at all possible (Exhibit 3 & Exhibit 4).

WHEREFORE PREMISES CONSIDERED, Appellant Pro Se Joseph Seymour Jones PRAYS upon the Court to sign an ORDER Granting this Post Final Order Motion for Service of Subpoenas accepting notice of the Amended Notice of Appeal to be filed to comply with Rule 3(c), Ala. R. of App. P. on or before April 16, 2021 or WOULD OTHERWISE set the matter for a hearing, if appropriate, at the time of the Case set for hearing on April 23, 2021.

Respectfully submitted to the Circuit Court of Mobile County, Alabama this 8th day of April, 2021.

/s/ Joseph Seymour Jones
JOSEPH SEYMOUR JONES
Appellant Pro Se-Defendant Pro Se-Plaintiff Pro Se
1464 St. Stephens Road
Mobile, Alabama 36603-5031
(251) 433-0053

**PRO SE DOCUMENTS TO SUPPLEMENT**

2

**CERTIFICATE OF SERVICE**

I do hereby certify that I have, on this 8th day of April, 2020, filed the original of the foregoing **POST FINAL ORDER MOTION FOR SERVICE OF SUBPOENAS DATED APRIL 7, 2021 AND APPELANT'S APRIL 2, 2021 NOTICE TO AMEND THE NOTICE OF APPEAL TO COMPLY WITH RULE 3(c) OF THE ALABAMA RULES OF APPELLATE PROCEDURE BEFORE APRIL 16, 2021 (CITY CASE NO.: E019001443 – STATE CASE NO.: 1260174)** on the Clerk for the Circuit Court of Mobile County, Alabama at 205 Government Street, Room C936, Mobile, Alabama 36644, Clerk of Court for the United States District Court for the Southern District of Alabama Southern Division at 155 St. Joseph Street, Mobile, Alabama 36602, Liberty Mutual Insurance Company at lmdocuments@libertymutual.com, mvd@revenue.alabama.gov, Ms. Stephanie Greene, State of Alabama Department of Revenue, Motor Vehicle Division, P. O. Box 327640, Montgomery, Alabama 36132-7640, Rosalynn Jackson, Municipality of Mobile Police Impound Yard at 1251 Virginia Street, Lot B, Mobile, Alabama 36604, Attorney Recardo Woods for Municipality of Mobile Mayor Sandy Stimpson at P. O. Box 1827 (9th Floor – South Tower), Government Plaza, Mobile, Alabama 36633-1827, **THE ATCHISON FIRM, P.C.** for Municipality of Mobile City Council Officials Frederick D. Richardson, Jr., Official Levon C. Manzie, Official C. J. Small, Official John C. Williams, Official Joel Daves, Official Bess Rich and Official Gina Gregory at 3030 Knollwood Drive, Mobile, Alabama 36693 and **THE ATCHISON FIRM, P. C.** for Mobile County Public Schools Official Douglas Harwell, Jr., Official Don Stringfellow, Official Dr. Reginald A. Crenshaw, Official Robert Battles, Sr., Official Dr. William Foster and Superintendent Chresal D. Threadgill at 3030 Knollwood Drive, Mobile, Alabama 36693 by U.S. Postal Service Delivery Confirmation Mail, jmbcrimdlaw@aol.com, Attorney James Byrd, 456 Conti Street, Mobile, Alabama 36602 and Jeffery R. Jones at 1463 St. Stephens Road, Mobile, Alabama 36603-5031 by regular mail with sufficient postage.

                                                  */s/ Joseph Seymour Jones*
                                                  JOSEPH SEYMOUR JONES
                                                  Defendant Pro Se-Appellant Pro Se-Plaintiff Pro Se
                                                  1464 St. Stephens Road
                                                  Mobile, Alabama 36603-5031
                                                  (251) 433-0053

ELECTRONICALLY FILED
3/29/2021 10:32 AM
02-CV-2020-902546.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| JOSEPH SEYMOUR JONES,<br>Plaintiff, | )<br>)<br>) |
| V. | ) Case No.: CV-2020-902546.00 |
| SANDY STIMPSON;<br>CITY OF MOBILE - CITY COUNCIL,<br>Defendants. | )<br>)<br>)<br>) |

### ORDER SETTING HEARING ON APRIL 23, 2021

Pursuant to Ala. R. Evid. 201(e), the Plaintiff's "Post Final Order Motion for Judicial Notice of Adjudicative Facts Pursuant to Rule 201 (Alabama Rules of Evidence) Exhibited in Various Forms Including Post Scanned Documents Evidenced as "Miscellaneous" on March 18, 2021 (City Case No.: E019001443-State Case No.: 1260174)" (Doc. 25) is set for **Hearing on April 23, 2021 at 10:00 a.m. in Courtroom 8600.**

The Clerk is directed to mail a copy of this Order to the Plaintiff via first-class mail.

**DONE this 29th day of March, 2021.**

/s/ BEN H. BROOKS
**CIRCUIT JUDGE**

CIVIL APPEALS OF ALABAMA CASE NO. 2200479)
Municipality of Mobile v. Joseph Seymour Jones
(City Case No.: #019001443 – State Case No. 1260174)
Joseph Seymour Jones v. Municipality of Mobile
Circuit Court of Mobile County Case: CV-2020-902546.00)
United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)
Exhibit No. _____1_____ Page __4__

# The Court of Civil Appeals



REBECCA C. OATES
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

MEG WILLIAMS FIEDLER
ASSISTANT CLERK

April 2, 2021

**2200479**

Joseph Seymour Jones v. Stimpson Sandy, City of Mobile City Council, Et. Al.   (Appeal from Mobile Circuit Court: CV-20-902546)

## **AMENDED**

You are hereby notified that the following action was taken in the above cause:

The notice of appeal filed by Appellant, Joseph Seymour Jones, on March 26, 2021, does not comply with Rule 3(c), Ala. R. App. P., as amended on January 1, 2017, which states:

"Form and Content of Notice of Appeal. The notice of appeal shall specify all parties taking the appeal and each adverse party against whom the appeal is taken; shall designate the judgment, order, or part thereof appealed from; and shall name the court to which the appeal is taken. Such designation of judgment or order shall not, however, limit the scope of appellate review. An Appellant may not use the terms 'et al.' or 'etc.' to designate multiple appellants or appellees in lieu of naming each appellant or appellee."

Appellant has 14 days from date of this order to file an amended notice of appeal with the trial court clerk, serving this court and all parties/counsel, to comply with Rule 3(c), Ala. R. App. P. as amended on January 1, 2017. The amended notice of appeal shall include the names of all appellees to be included on this appeal. Failure to amend the notice of appeal within 14 days may result in this appeal being decided as to the named appellees only.

*Rebecca C. Oates*

**Rebecca C. Oates
Clerk, Court of Civil Appeals**

CIVIL APPEALS OF ALABAMA CASE NO. 2200479)
Municipality of Mobile v. Joseph Seymour Jones
(City Case No.: #019001443 – State Case No. 1260174)
Joseph Seymour Jones v. Municipality of Mobile
Circuit Court of Mobile County Case: CV-2020-902546.00)
United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)
Exhibit No. __2__   Page __5__

FILED: APR 0 7 2021
JOJO SCHWARZAUER, CLERK



CIVIL APPEALS OF ALABAMA CASE NO. 2200479)
Municipality of Mobile v. Joseph Seymour Jones
(City Case No.: #019001443 – State Case No. 1260174)
Joseph Seymour Jones v. Municipality of Mobile
Circuit Court of Mobile County Case: CV-2020-902546.00)
United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)
Exhibit No. 3    Page 6

# IN THE CIRCUIT COURT OF MOBILE, COUNTY, ALABAMA

| CIVIL WITNESS REQUEST AND ORDER TO APPEAR (SUBPOENA) FOR DEPOSITION | CASE NUMBER CV-2020-902546.00 |
|---|---|

**Joseph Seymour Jones**
_____
Plaintiff(s)

Type Service Requested
SHERIFF ✓
PROCESS SERVER _____

v.

**Stimpson Sandy, Et. Al.**
_____
Defendant(s)

The Clerk is requested to issue an order to appear (subpoena) for the following witness(es) to Testify on behalf of _____ ✓ _____ PLAINTIFF(s) _____ DEFENDANT(s)

REQUESTOR'S SIGNATURE: *Joseph Seymour Jones* / Joseph Seymour Jones
TYPED OR PRINTED NAME and PHONE NUMBER OF REQUESTOR  251/433-6053

SHERIFF/SERVER'S RETURN

| NAME and ADDRESS | PS | LR | NF | DATE SERVED | SERVED BY |
|---|---|---|---|---|---|
| Chief P. Ballard<br>Fire & Rescue-City of Mobile<br>7340 Ziegler Blvd.<br>Mobile, Alabama 36608 | | | | | |
| | | | | CIVIL APPEALS OF ALABAMA CASE NO. 2200479)<br>Municipality of Mobile v. Joseph Seymour Jones<br>(City Case No.: #019001443 – State Case No. 1260174)<br>Joseph Seymour Jones v. Municipality of Mobile<br>Circuit Court of Mobile County Case: CV-2020-902546.00)<br>United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)<br>Exhibit No. 4   Page 7 | |
| | | | | | |

LR - Left at Residence      PS – Personal Service      NF - Not found
*********************************************************

TO THE WITNESS - **YOU ARE HEREBY ORDERED TO APPEAR** for Deposition as stated Below until otherwise excused. This order is subject to ALL judicial enforcement and sanction.
DATE:
TIME:
PLACE:
*********************************************************

TO ANY SHERIFF OR AUTHORIZED PERSON: You are ORDERED to serve this subpoena on the Above named person(s) at the address given, or wherever they may be found and make return in the Space provided

DATE ISSUED:
_____

ATTEST: JOJO SCHWARZAUER, Clerk
MOBILE GOVERNMENT PLAZA C-936
205 GOVERNMENT STREET
MOBILE, AL 36644-2936

FILED: **APR 0 7 2021**
_____
JOJO SCHWARZAUER, CLERK



AlaFile E-Notice

02-CV-2020-902546.00
Judge: BEN H. BROOKS

To: JONES JOSEPH SEYMOUR (PRO SE)
1464 ST STEPHENS ROAD
MOBILE, AL, 36603-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOSEPH SEYMOUR JONES V. SANDY STIMPSON ET AL
02-CV-2020-902546.00

The following matter is SET FOR HEARING

**C001 JONES JOSEPH SEYMOUR**

POST FINAL ORDER MOTION FOR JUDICIAL NOTICE

[Filer: PRO SE]

Hearing Date: 04/23/2021
Hearing Time: 10:00:00 AM
Location: 8600

Notice Date: 3/29/2021 10:27:13 AM

CIVIL APPEALS OF ALABAMA CASE NO. 2200479)
Municipality of Mobile v. Joseph Seymour Jones
(City Case No.: #019001443 – State Case No. 1260174)
Joseph Seymour Jones v. Municipality of Mobile
Circuit Court of Mobile County Case: CV-2020-902546.00)
United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)
Exhibit No. __4__ Page __8__

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

# IN THE CIRCUIT COURT OF MOBILE, COUNTY, ALABAMA

CIVIL WITNESS REQUEST
AND ORDER TO APPEAR (SUBPOENA)
FOR DEPOSITION

CASE NUMBER
**CV-2020-902546.00**

**Joseph Seymour Jones**
_____
Plaintiff(s)

Type Service Requested
SHERIFF ✓
PROCESS SERVER _____

v.

**Stimpson Sandy, Et. Al.**
_____
Defendant(s)

The Clerk is requested to issue an order to appear (subpoena) for the following witness(es) to Testify on behalf of ___✓___ PLAINTIFF(s) _____ DEFENDANT(s)

REQUESTOR'S SIGNATURE: *Joseph Seymour Jones* / Joseph Seymour Jones
TYPED OR PRINTED NAME and PHONE NUMBER OF REQUESTOR  251/433-0053

SHERIFF/SERVER'S RETURN

| NAME and ADDRESS | PS | LR | NF | DATE SERVED | SERVED BY |
|---|---|---|---|---|---|
| Ms. Sherry L. Records-City of Mobile Police Department Headquarters 2460 Government Blvd. Mobile, Alabama 36606 | | | | | |
| CIVIL APPEALS OF ALABAMA CASE NO. 2200479) Municipality of Mobile v. Joseph Seymour Jones (City Case No.: #019001443 – State Case No. 1260174) Joseph Seymour Jones v. Municipality of Mobile Circuit Court of Mobile County Case: CV-2020-902546.00) United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021) Exhibit No. 4  Page 9 | | | | | |

LR - Left at Residence       PS – Personal Service       NF - Not found
*************************************************************************

TO THE WITNESS - **YOU ARE HEREBY ORDERED TO APPEAR** for Deposition as stated Below until otherwise excused. This order is subject to ALL judicial enforcement and sanction.
DATE:
TIME:
PLACE:
*************************************************************************

TO ANY SHERIFF OR AUTHORIZED PERSON: You are ORDERED to serve this subpoena on the Above named person(s) at the address given, or wherever they may be found and make return in the Space provided

DATE ISSUED

ATTEST: JOJO SCHWARZAUER, Clerk
MOBILE GOVERNMENT PLAZA C-936
205 GOVERNMENT STREET
MOBILE, AL 36644-2936

FILED: **APR 0 7 2021**
JOJO SCHWARZAUER, CLERK



# AlaFile E-Notice

02-CV-2020-902546.00
Judge: BEN H. BROOKS

To: JONES JOSEPH SEYMOUR (PRO SE)
1464 ST STEPHENS ROAD
MOBILE, AL, 36603-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOSEPH SEYMOUR JONES V. SANDY STIMPSON ET AL
02-CV-2020-902546.00

The following matter is SET FOR HEARING

**C001 JONES JOSEPH SEYMOUR**

POST FINAL ORDER MOTION FOR JUDICIAL NOTICE

[Filer: PRO SE]

| | |
|---|---|
| Hearing Date: | 04/23/2021 |
| Hearing Time: | 10:00:00 AM |
| Location: | 8600 |
| Notice Date: | 3/29/2021 10:27:13 AM |

CIVIL APPEALS OF ALABAMA CASE NO. 2200479)
Municipality of Mobile v. Joseph Seymour Jones
(City Case No.: #019001443 – State Case No. 1260174)
Joseph Seymour Jones v. Municipality of Mobile
Circuit Court of Mobile County Case: CV-2020-902546.00
United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)
Exhibit No. _____4_____ Page _10_

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

# IN THE CIRCUIT COURT OF MOBILE, COUNTY, ALABAMA

CIVIL WITNESS REQUEST
AND ORDER TO APPEAR (SUBPOENA)
FOR DEPOSITION

CASE NUMBER
CV-2020-902546.00

**Joseph Seymour Jones**
_____
Plaintiff(s)

Type Service Requested
SHERIFF ✓
PROCESS SERVER _____

v.

**Stimpson Sandy, Et. Al.**
_____
Defendant(s)

The Clerk is requested to issue an order to appear (subpoena) for the following witness(es) to Testify on behalf of ____✓____ PLAINTIFF(s) _____ DEFENDANT(s)

REQUESTOR'S SIGNATURE _Joe M Seymour Jones_ / Joseph Seymour Jones
TYPED OR PRINTED NAME and PHONE NUMBER OF REQUESTOR  251/433-0053

SHERIFF/SERVER'S RETURN

| NAME and ADDRESS | PS | LR | NF | DATE SERVED | SERVED BY |
|---|---|---|---|---|---|
| J. Bradley Christensen<br>Real Estate & Asset Management-City of Mobile<br>205 Government Street – 5th Floor. South Tower<br>Mobile, Alabama 36602 | | | | | |
| | | | | CIVIL APPEALS OF ALABAMA CASE NO. 2200479)<br>Municipality of Mobile v. Joseph Seymour Jones<br>(City Case No.: #019001443 – State Case No. 1260174)<br>Joseph Seymour Jones v. Municipality of Mobile<br>Circuit Court of Mobile County Case: CV-2020-902546.00<br>United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)<br>Exhibit No. 4   Page 11 | |
| | | | | | |

LR - Left at Residence      PS – Personal Service      NF - Not found
*************************************************************************

TO THE WITNESS - **YOU ARE HEREBY ORDERED TO APPEAR** for Deposition as stated Below until otherwise excused. This order is subject to ALL judicial enforcement and sanction.
DATE:
TIME:
PLACE:
*************************************************************************

TO ANY SHERIFF OR AUTHORIZED PERSON: You are ORDERED to serve this subpoena on the Above named person(s) at the address given, or wherever they may be found and make return in the Space provided

DATE ISSUED _____

ATTEST: JOJO SCHWARZAUER, Clerk
MOBILE GOVERNMENT PLAZA C-936
205 GOVERNMENT STREET
MOBILE. AL 36644-2936

FILED: APR 0 7 2021
JOJO SCHWARZAUER, CLERK



AlaFile E-Notice

02-CV-2020-902546.00
Judge: BEN H. BROOKS

To: JONES JOSEPH SEYMOUR (PRO SE)
1464 ST STEPHENS ROAD
MOBILE, AL, 36603-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOSEPH SEYMOUR JONES V. SANDY STIMPSON ET AL
02-CV-2020-902546.00

The following matter is SET FOR HEARING

**C001 JONES JOSEPH SEYMOUR**

POST FINAL ORDER MOTION FOR JUDICIAL NOTICE

[Filer: PRO SE]

| | |
|---|---|
| Hearing Date: | 04/23/2021 |
| Hearing Time: | 10:00:00 AM |
| Location: | 8600 |
| Notice Date: | 3/29/2021 10:27:13 AM |

CIVIL APPEALS OF ALABAMA CASE NO. 2200479)
Municipality of Mobile v. Joseph Seymour Jones
(City Case No.: #019001443 – State Case No. 1260174)
Joseph Seymour Jones v. Municipality of Mobile
Circuit Court of Mobile County Case: CV-2020-902546.00
United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)
Exhibit No. __4__ Page __12__

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

# IN THE CIRCUIT COURT OF MOBILE, COUNTY, ALABAMA

**CIVIL WITNESS REQUEST AND ORDER TO APPEAR (SUBPOENA) FOR DEPOSITION**

CASE NUMBER: CV-2020-902546.00

**Joseph Seymour Jones**
Plaintiff(s)

Type Service Requested
SHERIFF ✓
PROCESS SERVER ___

v.

**Stimpson Sandy, Et. Al.**
Defendant(s)

The Clerk is requested to issue an order to appear (subpoena) for the following witness(es) to Testify on behalf of ___✓___ PLAINTIFF(s) _____ DEFENDANT(s)

REQUESTOR'S SIGNATURE: *Joseph Seymour Jones*
TYPED OR PRINTED NAME and PHONE NUMBER OF REQUESTOR / Joseph Seymour Jones / (251) 433-0053

SHERIFF/SERVER'S RETURN

| NAME and ADDRESS | PS | LR | NF | DATE SERVED | SERVED BY |
|---|---|---|---|---|---|
| Attorney Taylor B. Johnson<br>BURR-FORMAN, LLP<br>11 North Water Street< Suite 22200<br>Mobile, Alabama 36602 | | | | | |
| | | | | CIVIL APPEALS OF ALABAMA CASE NO. 2200479)<br>Municipality of Mobile v. Joseph Seymour Jones<br>(City Case No.: #019001443 – State Case No. 1260174)<br>Joseph Seymour Jones v. Municipality of Mobile<br>Circuit Court of Mobile County Case: CV-2020-902546.00<br>United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)<br>Exhibit No. __4__ Page __13__ | |
| | | | | | |

LR - Left at Residence    PS – Personal Service    NF - Not found

*********************************************************************

TO THE WITNESS - **YOU ARE HEREBY ORDERED TO APPEAR** for Deposition as stated Below until otherwise excused. This order is subject to ALL judicial enforcement and sanction.
DATE:
TIME:
PLACE:

*********************************************************************

TO ANY SHERIFF OR AUTHORIZED PERSON: You are ORDERED to serve this subpoena on the Above named person(s) at the address given, or wherever they may be found and make return in the Space provided

DATE ISSUED: _____

ATTEST: JOJO SCHWARZAUER, Clerk
MOBILE GOVERNMENT PLAZA C-936
205 GOVERNMENT STREET
MOBILE, AL 36644-2936

FILED: APR 0 7 2021
JOJO SCHWARZAUER, CLERK



AlaFile E-Notice

02-CV-2020-902546.00
Judge: BEN H. BROOKS

To: JONES JOSEPH SEYMOUR (PRO SE)
1464 ST STEPHENS ROAD
MOBILE, AL, 36603-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOSEPH SEYMOUR JONES V. SANDY STIMPSON ET AL
02-CV-2020-902546.00

The following matter is SET FOR HEARING

**C001 JONES JOSEPH SEYMOUR**

POST FINAL ORDER MOTION FOR JUDICIAL NOTICE

[Filer: PRO SE]

Hearing Date:   04/23/2021
Hearing Time:   10:00:00 AM
Location:       8600

Notice Date:    3/29/2021 10:27:13 AM

CIVIL APPEALS OF ALABAMA CASE NO. 2200479)
Municipality of Mobile v. Joseph Seymour Jones
(City Case No.: #019001443 – State Case No. 1260174)
Joseph Seymour Jones v. Municipality of Mobile
Circuit Court of Mobile County Case: CV-2020-902546.00
United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)
Exhibit No. __4__   Page __14__

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

# IN THE CIRCUIT COURT OF MOBILE, COUNTY, ALABAMA

**CIVIL WITNESS REQUEST AND ORDER TO APPEAR (SUBPOENA) FOR DEPOSITION**

**CASE NUMBER** CV-2020-902546.00

**Joseph Seymour Jones**
Plaintiff(s)

Type Service Requested
SHERIFF ✓
PROCESS SERVER ____

v.

**Stimpson Sandy, Et. Al.**
Defendant(s)

The Clerk is requested to issue an order to appear (subpoena) for the following witness(es) to Testify on behalf of ____✓____ PLAINTIFF(s) _____ DEFENDANT(s)

REQUESTOR'S SIGNATURE: *Joseph Seymour Jones* / Joseph Seymour Jones
TYPED OR PRINTED NAME and PHONE NUMBER OF REQUESTOR 251/433-0053

**SHERIFF/SERVER'S RETURN**

| NAME and ADDRESS | PS | LR | NF | DATE SERVED | SERVED BY |
|---|---|---|---|---|---|
| Attorney Paul Carbo, Jr.<br>THE ATCHISON FIRM<br>3030 Knollwood Drive<br>Mobile, Alabama 36693 | | | | | |
| | | | | CIVIL APPEALS OF ALABAMA CASE NO. 2200479)<br>Municipality of Mobile v. Joseph Seymour Jones<br>(City Case No.: #019001443 – State Case No. 1260174)<br>Joseph Seymour Jones v. Municipality of Mobile<br>Circuit Court of Mobile County Case: CV-2020-902546.00)<br>United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)<br>Exhibit No. __4__ Page __15__ | |

LR - Left at Residence    PS – Personal Service    NF - Not found

*********************************************************************

TO THE WITNESS - **YOU ARE HEREBY ORDERED TO APPEAR** for Deposition as stated Below until otherwise excused. This order is subject to ALL judicial enforcement and sanction.
DATE:
TIME:
PLACE:
*********************************************************************

TO ANY SHERIFF OR AUTHORIZED PERSON: You are ORDERED to serve this subpoena on the Above named person(s) at the address given, or wherever they may be found and make return in the Space provided

DATE ISSUED _____

ATTEST: JOJO SCHWARZAUER, Clerk
MOBILE GOVERNMENT PLAZA C-936
205 GOVERNMENT STREET
MOBILE, AL 36644-2936

FILED: APR 0 7 2021
JOJO SCHWARZAUER, CLERK



AlaFile E-Notice

02-CV-2020-902546.00
Judge: BEN H. BROOKS

To: JONES JOSEPH SEYMOUR (PRO SE)
1464 ST STEPHENS ROAD
MOBILE, AL, 36603-0000

# NOTICE OF CASE SETTING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JOSEPH SEYMOUR JONES V. SANDY STIMPSON ET AL
02-CV-2020-902546.00

The following matter is SET FOR HEARING

**C001 JONES JOSEPH SEYMOUR**

POST FINAL ORDER MOTION FOR JUDICIAL NOTICE

[Filer: PRO SE]

Hearing Date: 04/23/2021
Hearing Time: 10:00:00 AM
Location: 8600

Notice Date: 3/29/2021 10:27:13 AM

CIVIL APPEALS OF ALABAMA CASE NO. 2200479)
Municipality of Mobile v. Joseph Seymour Jones
(City Case No.: #019001443 – State Case No. 1260174)
Joseph Seymour Jones v. Municipality of Mobile
Circuit Court of Mobile County Case: CV-2020-902546.00
United States DCSDA Case: 1:14-CV-00482-JB-M (April 8, 2021)
Exhibit No. 4    Page 16

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

# The Court of Civil Appeals



REBECCA C. OATES
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

MEG WILLIAMS FIEDLER
ASSISTANT CLERK

April 2, 2021

**2200479**

Joseph Seymour Jones v. Stimpson Sandy, City of Mobile City Council, Et. Al. (Appeal from Mobile Circuit Court: CV-20-902546)

## **AMENDED**

You are hereby notified that the following action was taken in the above cause:

The notice of appeal filed by Appellant, Joseph Seymour Jones, on March 26, 2021, does not comply with Rule 3(c), Ala. R. App. P., as amended on January 1, 2017, which states:

"Form and Content of Notice of Appeal. The notice of appeal shall specify all parties taking the appeal and each adverse party against whom the appeal is taken; shall designate the judgment, order, or part thereof appealed from; and shall name the court to which the appeal is taken. Such designation of judgment or order shall not, however, limit the scope of appellate review. An Appellant may not use the terms 'et al.' or 'etc.' to designate multiple appellants or appellees in lieu of naming each appellant or appellee."

Appellant has 14 days from date of this order to file an amended notice of appeal with the trial court clerk, serving this court and all parties/counsel, to comply with Rule 3(c), Ala. R. App. P. as amended on January 1, 2017. The amended notice of appeal shall include the names of all appellees to be included on this appeal. Failure to amend the notice of appeal within 14 days may result in this appeal being decided as to the named appellees only.

*Rebecca C. Oates*

**Rebecca C. Oates**
**Clerk, Court of Civil Appeals**

ELECTRONICALLY FILED
3/29/2021 10:32 AM
02-CV-2020-902546.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| JOSEPH SEYMOUR JONES,<br>Plaintiff, | )<br>)<br>) |
| V. | ) Case No.:   CV-2020-902546.00 |
| SANDY STIMPSON,<br>CITY OF MOBILE - CITY COUNCIL,<br>Defendants. | )<br>)<br>)<br>) |

### ORDER SETTING HEARING ON APRIL 23, 2021

Pursuant to Ala. R. Evid. 201(e), the Plaintiff's "Post Final Order Motion for Judicial Notice of Adjudicative Facts Pursuant to Rule 201 (Alabama Rules of Evidence) Exhibited in Various Forms Including Post Scanned Documents Evidenced as "Miscellaneous" on March 18, 2021 (City Case No.: E019001443-State Case No.: 1260174)" (Doc. 25) is set for **Hearing on April 23, 2021 at 10:00 a.m. in Courtroom 8600.**

The Clerk is directed to mail a copy of this Order to the Plaintiff via first-class mail.

**DONE this 29th day of March, 2021.**

/s/ BEN H. BROOKS
**CIRCUIT JUDGE**